UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ERNEST THOMAS, ET AL. | ) | CIVIL ACTION |
| | ) | |
| VERSUS | ) | NO. 2:14-cv-00017 |
| | ) | |
| HCC - HIGH CAPACITY COIL, LLC | ) | JUDGE NELVA GONZALES RAMOS |
| | ) | |

## ORDER

Considering the foregoing Unopposed Motion for Extension of Time to Respond to Original Collective Action Complaint filed by Defendants; accordingly,

IT IS ORDERED BY THE COURT that Defendants' Unopposed Motion for Extension of Time to Respond to Original Collective Action Complaint be, and the same is hereby GRANTED, and that the deadline for the parties to file the unopposed Motion for Extension of Time to Respond to Original Collective Action Complaint is extended 30 days until March 20, 2014.

_____, Texas, this \_\_\_ day of 2/18/14, 2014.

_____
UNITED STATES DISTRICT JUDGE

PD.11031642.1