UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **ERNEST THOMAS, ET AL.**<br><br>**VERSUS**<br><br>**HCC – HIGH CAPACITY COIL, LLC** | **CIVIL ACTION**<br><br>**NO. 2:14-cv-00017**<br><br>**JUDGE NELVA GONZALES RAMOS** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that MaryJo L. Roberts (Texas Bar No. #24089105; robertsm@phelps.com) of the law firm of Phelps Dunbar LLP, wishes to enroll as additional counsel of record for Defendant, HCC – High Capacity Coil, LLC.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ MaryJo L. Roberts*
         DAVID M. KORN, T.A. (#24026161)
         MARYJO L. ROBERTS (#24089105)
         365 Canal Street • Suite 2000
         New Orleans, Louisiana 70130-6534
         Telephone: (504) 566-1311
         Telecopier: (504) 568-9130
         E-mail: kornd@phelps.com
**ATTORNEYS FOR DEFENDANT,
HCC - HIGH CAPACITY COIL, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2014, I electronically filed the foregoing pleading with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

_____ */s/ MaryJo L. Roberts*