## CONSENT TO BECOME A PARTY PLAINTIFF

Name: **FERNANDO MENDOZA**

1. I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act ("FLSA") to recover unpaid wages and overtime from my former employer, High Capacity Coil LLC.

2. I hereby consent, agree, and opt-in to become a plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3. I intend to pursue my claim individually, unless and until the Court certifies this case as a collective action. I agree to serve as the Class Representative if the Court so approves. If someone else serves as the Class Representative, then I designate the Class Representative(s) as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, the entering of an agreement with the Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

4. In the event the case is certified and then decertified, I authorize Plaintiffs' counsel to use this Consent Form to re-file my claims in a separate or related action against my employer.

Signature: _/s/_____     Date: 3-9-14

*Consent Form*