IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ERNEST THOMAS, JUAN RAMON, and JOSE QUINTANILLA, Individually and on behalf of all others similarly situated | § § § § | |
| Plaintiffs, | § | Civil Action No. 2:14—cv—17 |
| v. | § § | Judge Nelva Gonzales Ramos |
| HCC—HIGH CAPACITY COIL, LLC | § § § | |
| Defendant | § | |

## ORDER

Considering the foregoing Joint Briefing Schedule on Plaintiffs' Motion for Conditional Certification, accordingly,

**IT IS ORDERED BY THE COURT** that Plaintiffs' Motion for Conditional Certification is due no later than May 5, 2014, Defendant HCC's response is due no later than June 16, 2014, and a hearing on Plaintiffs' Motion for Conditional Certification will be held on July 24, 2014 at 9:00 a.m.

4/4/14

_____
JUDGE NELVA GONZALES RAMOS