UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ERNEST THOMAS, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:14-CV-00017 |
| § | |
| HCC-HIGH CAPACITY COIL, LLC, § | |
| § | |
| Defendant. § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

On July 29, 2014, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation" (D.E. 33). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 33), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Court **GRANTS AS**

**MODIFIED** the Motion for Certification of Collective Action and Request for Notice to Potential Class Members (D.E. 27), with the putative class being "ALL NON-MANAGERIAL FIELD PERSONNEL EMPLOYED BY HCC—HIGH CAPACITY COIL, LLC—WITHIN THE PAST THREE YEARS, WHO RECEIVED DAY RATE JOB BONUSES BUT WERE NOT PAID OVERTIME."

The Court **ORDERS** the parties to file a proposed joint notice to potential plaintiffs and a proposed joint notice of consent with seven (7) days of this Order. The Court further refers the case to Magistrate Judge Jason B. Libby for case management, including handling objections to the notice and consent forms, entering an order regarding setting the notice period, posting/sending the notice to potential class members, the disclosure of putative plaintiffs, and any other pending pre-trial matters.

ORDERED this 15th day of August, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE